AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| VALERIO OTONIEL SEBASTIAN DOMINGO | ) | 6:26-mj- 1400 |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 21, 2023_____ in the county of _____Orange_____ in the _____Middle_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §1073 | Flight to avoid prosecution. |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

George Seiler, TFO, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: ____4/2/2026____

_____

City and state: _____Orlando, Florida_____

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

STATE OF FLORIDA                          CASE NO. 6:26-mj- 1400

COUNTY OF ORANGE

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, George Seiler, being first duly sworn, hereby state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Task Force Officer with the Federal Bureau of Investigation (FBI) Tampa Division/Lakeland Resident Agency and have been since December 2015. I am also a duly sworn Detective Sergeant with the Florida Highway Patrol. I am currently assigned to a Cargo Theft Task Force. I am a graduate of the Pat Thomas Law Enforcement Academy where I obtained my State of Florida Law Enforcement Standards after completing a 720-hour Academy. Furthermore, I am a Digital Extraction Laboratory Technician for the FBI and received training in the extraction and exploitation of mobile devices as well as computers in Quantico, Virginia. I have participated in investigations involving gangs, drugs, bank robberies, transcontinental organized crime, fraud in connection with identification information, and Major Theft Organizations (MTO) involved in cargo theft among other things. As a TFO, I am authorized to conduct searches and seizures pursuant to federal search warrants. I have participated in the execution of numerous search warrants, which have resulted in the seizure of evidence and the successful prosecution of individuals.

2.      This affidavit is being made for the purpose of securing a criminal complaint charging Valerio Otoniel SEBASTIAN DOMINGO with the offense of

1

Unlawful Flight to Avoid Prosecution, in violation of Title 18, United States Code, Section 1073.

3.    The facts in this affidavit come from my personal observations, training and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. All the information contained in this affidavit is the result of my own investigation, or it has been provided to me by other law enforcement authorities whom I believe to be reliable

## PROBABLE CAUSE

4.    On August 18, 2023, the Florida Highway Patrol (FHP) responded to a traffic crash at Balcombe Rd. South near Braxted Dr., Orlando, Florida within the Middle District of Florida. FHP discovered that the at fault vehicle was being operated by Valerio Otoniel SEBASTIAN DOMINGO. The investigation by FHP revealed that SEBASTIAN DOMINGO failed to negotiate a right-hand curve while operating his vehicle and struck the victim's ("Victim-1") vehicle causing the victim's vehicle to become airborne and strike a tree.

5.    During the time of the crash, it was later learned that Victim-1 was pregnant. Victim-1 was transported to Advent Health Kissimmee where the unborn child and herself were pronounced deceased. FHP investigators noticed while interacting with SEBASTIAN DOMINGO that he showed signs of alcohol impairment. FHP obtained consent from SEBASTIAN DOMINGO for a voluntary

2

blood draw and later obtained a search warrant for a buccal swab from SEBASTIAN DOMINGO. On August 20, 2023, FHP met with SEBASTIAN DOMINGO and obtained that swab from SEBASTIAN DOMINGO. During that search warrant execution, SEBASTIAN DOMINGO was placed under arrest by FHP for DUI causing death, DUI - serious bodily injury, and driving without a driver license causing death or serious bodily injury.  SEBASTIAN DOMINGO was provided a total bond in the amount of $ 25,000.00 for his charges and on August 21, 2023, SEBASTIAN DOMINGO posted the bond via a bail bondsman and was released.  On October 11, 2023, the Orange County State Attorney's Office filed the information with the Orange County Court and an arraignment hearing was set for November 13, 2023, where SEBASTIAN DOMINGO was to appear in person. On October 13, 2023, the notice to appear was sent to SEBASTIAN DOMINGO's bail bondsman via email and to SEBASTIAN DOMINGO last known address.

6.     The blood for SEBASTIAN DOMINGO was submitted to the Florida Department of Law Enforcement for blood alcohol testing. On September 18, 2023, the FHP received the blood results back for SEBASTIAN DOMINGO. The lab results showed that SEBASTIAN DOMINGO's blood alcohol content was .197, whereas the legal limit allowed in the State of Florida is .08.

7.     On December 4, 2023, the Circuit Court of the 9th Judicial Circuit in and for Orange County, Florida issued a capias warrant for SEBASTIAN DOMINGO after he failed to appear at the November 13, 2023 arraignment hearing for violation of Florida Statute Section 316.191 (3)(C)(2)-2, DUI-manslaughter, DUI-serious bodily

3

injury in violation of Florida Statute Section 316.193.(3)(C)(3)-3, and two counts of driving without a valid license causing death or serious injury in violation of Florida Statute Section 322.34(6).

8.   On September 10, 2025, Investigators with FHP interviewed R.D. at the Orange County Jail in Orlando, Florida. During that interview, investigators learned that SEBASTIAN DOMINGO had fled the United States for Guatemala after being arrested by FHP on August 20, 2023. Additionally, R.D. said that SEBASTIAN DOMINGO is still currently located in Guatemala.

9.   FHP requested assistance from the FBI locating and arresting SEBASTIAN DOMINGO upon discovering he was outside of the United States.

10.   On September 23, 2025, investigators with FHP conducted a follow-up interview with R.D. to attempt to gain more information reference phone numbers, social media accounts and other communication accounts that could be used to locate SEBASTIAN DOMINGO. He said that SEBASTIAN DOMINGO fled the United States to Guatemala and had distanced himself from family to remain undetected to avoid arrest.

11.   SEBASTIAN DOMINGO's last known address in the United States was in Orlando, Florida. However, there is probable cause to believe that SEBASTIAN DOMINGO has fled the state of Florida to avoid arrest and prosecution on the warrants issued by the Circuit Court of the 9th Judicial Circuit in and for Orange County, Florida.

4

12.   The Orange County State Attorney's Office has stated that it will pursue extradition from any location where SEBASTIAN DOMINGO is apprehended.

13.   Based on the above, I have probable cause to believe that SEBASTIAN DOMINGO has fled the State of Florida to avoid prosecution for DUI causing death, DUI - serious bodily injury, and driving without a driver license causing death or serious bodily injury, which are all violations of Florida state law, and that he is currently residing outside the borders of the United States of America.

_____
George Seiler
Task Force Officer
Federal Bureau of Investigation

Affidavit submitted by email and attested to me
as true and accurate via telephone conference,
consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), before me
this __2nd__ day of April, 2026.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

5